UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR21-174 JCC |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| MARIO ALBERTO AMADOR-GARCIA | ) | |
| Defendant. | ) | |

Offenses charged:

1.  Conspiracy to Distribute Controlled Substances

Date of Detention Hearing:    December 2, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

01  is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

02  both dangerousness and flight risk, under 18 U.S.C. § 3142(e).   Defendant has an extensive

03  ties to Mexico, which is his primary residence.   The nature and circumstances of the charged

04  offense involve significant quantities of controlled substances that Defendant both trafficked

05  and possessed in his temporary residence, along with two firearms.   The government also

06  alleges that Defendant was engaged in the proposed exchange of narcotics for firearms for use

07  in Mexico.   Defendant does not contest detention at this time.

08          3.      There does not appear to be any condition or combination of conditions that will

09  reasonably assure the defendant's appearance at future Court hearings while addressing the

10  danger to other persons or the community.

11  It is therefore ORDERED:

12  1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

13      General for confinement in a correction facility separate, to the extent practicable, from

14      persons awaiting or serving sentences or being held in custody pending appeal;

15  2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

16  3. On order of the United States or on request of an attorney for the Government, the person

17      in charge of the corrections facility in which defendant is confined shall deliver the

18      defendant to a United States Marshal for the purpose of an appearance in connection with a

19      court proceeding; and

20  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

21  ///

22

DETENTION ORDER
PAGE -2

01  the defendant, to the United States Marshal, and to the United State Probation Services

02  Officer.

03      DATED this 2nd day of December 2021.

04                                    _____

05                                    S. KATE VAUGHAN
                                      United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3